# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## EASTERN DIVISION

U.S.A. vs. Richard Hardison                                        Docket No. 4:10-MJ-1117-1

### Petition for Action on Probation

COMES NOW Dennis E. Albertson, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Richard Hardison, who, upon an earlier plea of guilty to Unlawful Possession on Federal Property of Wildlife Taken in Violation of State Law; 16 U.S.C. § 3372(a)(3)(A), was sentenced by the Honorable David W. Daniel, U.S. Magistrate Judge, on August 10, 2011, to an 18 month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant is banned from the Croatan National Forest during the term of probation.

2. The defendant is prohibited from hunting in any geographic location during the term of probation.

3. The defendant is ordered to surrender his hunting license and shall make no effort to obtain a new hunting license during the term of probation.

4. The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** Urine specimens obtained from the probationer on March 29 and April 4, 2012, respectively, field tested positive for cocaine. Hardison admitted he used the illegal substance on or about March 20, 2012, and again on March 31, 2012. Based on the aforementioned admissions and Hardison's reported long term struggle with addiction, it is recommended supervision be continued and modified to include Hardison's participation in substance abuse treatment and testing as directed by the probation officer.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

    **PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

  Except as herein modified, the judgment shall remain in full force and effect.

              I declare under penalty of perjury that the foregoing is true and correct.

              /s/ Dennis E. Albertson
              Dennis E. Albertson
              Senior U.S. Probation Officer
              413 Middle Street, Room 304
              New Bern, NC 28560-4930
              Phone: 252-638-4944
              Executed On: April 9, 2012

## ORDER OF COURT

Considered and ordered this 9th day of April, 2012, and ordered filed and made a part of the records in the above case.

David W. Daniel
U.S. Magistrate Judge